| | |
|---|---|
| 1 | Michael D. Rounds |
| 2 | Nevada Bar No. 4734<br>WATSON ROUNDS |
| 3 | 5371 Kietzke Lane<br>Reno, NV 89511-2083 |
| 4 | Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171 |
| 5 | E-Mail: mrounds@watsonrounds.com |
| 6 | *Attorney for Defendants* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERRING B.V., | | Civil Action No. 11-cv-00481-RCJ-VPC |
| Plaintiff, | | |
| v. | | **ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC. AND WATSON PHARMA, INC. AND AMENDING CAPTION TO REFLECT SAME** |
| WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., WATSON LABORATORIES, INC. – FLORIDA and WATSON PHARMA, INC., | | |
| Defendants. | | |

This stipulation is made by and between (i) Plaintiff Ferring B.V.; and (ii) Defendants Watson Pharmaceuticals, Inc. ("Watson Pharmaceuticals"), Watson Laboratories, Inc. - Florida ("Watson Labs Florida"), Watson Laboratories, Inc. ("Watson Labs") and Watson Pharma, Inc. ("Watson Pharma") (collectively, "Defendants").

WHEREAS, Plaintiff filed suit against Defendants in the above-captioned case (the "Action");

WHEREAS, Watson Pharmaceuticals, Watson Pharma, and Watson Labs maintain that they are not proper defendants in the Action;

WHEREAS, Plaintiff disagrees with the positions of Defendants stated above;

WHEREAS, resolution of such disagreement by motion practice will consume time and

-1-

expense that Plaintiff and Defendants wish to avoid by entering into this stipulation;

WHEREAS, Plaintiff is willing to dismiss its claims in the Action without prejudice as against Watson Pharmaceuticals, Watson Pharma and Watson Labs so long as (i) Watson Pharmaceuticals, Watson Pharma and Watson Labs agree to be bound by any judgment or order rendered as to Watson Labs Florida in the Action (including appeals) as if they were named defendants; and (ii) Watson Labs Florida agrees that it will not move to dismiss the Action for lack of personal jurisdiction or seek a change in venue for purposes of this matter alone; and

WHEREAS, Defendants are agreeable to these conditions, all as specifically set forth below;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. Watson Pharmaceuticals, Watson Labs, and Watson Pharma, including all affiliates and subsidiaries thereof, (collectively "DISMISSED WATSON ENTITIES") agree to be bound by any judgment or order, including any injunction, rendered as to Watson Labs Florida in the Action (including appeals) as if they were named defendants and agree that they will not contest personal jurisdiction for this matter alone in this Court for purposes of enforcing any such judgment or order, including the terms of this stipulation, against them.

2. DISMISSED WATSON ENTITIES agree that, to the extent they have in their possession, custody or control information that would be discoverable in the Action were they to remain as parties to the Action, they will search for and provide such discovery to Watson Labs Florida, and Watson Labs Florida will produce such discovery in response to discovery requests served on Watson Labs Florida in the Action as if it was its own. Plaintiff may depose employees of DISMISSED WATSON ENTITTIES by serving deposition notices on Watson Labs Florida,

-2-

without need for service of subpoenas. Watson Labs Florida will also accept Rule 30(b)(6) deposition notices containing topics directed to information that may be held by DISMISSED WATSON ENTITIES and the witness presented in response thereto shall investigate information in the possession, custody, or control of DISMISSED WATSON ENTITIES. DISMISSED WATSON ENTITTIES further agree to be bound by resolution of discovery matters in this Action. For clarity, this paragraph does not constitute a waiver of any objections or defenses to the provision of discovery that are available to parties to an action under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or any other applicable authority.

3. Watson Labs Florida agrees that it will not contest personal jurisdiction for purposes of the Action and, as such, will not move to dismiss the Action on grounds that the District Court for the District of Nevada lacks jurisdiction over Watson Labs Florida for purposes of the Action. Watson Labs Florida also agrees that it will not contest venue in the District of Nevada in the Action and, as such, will not move to change the venue of the Action. Watson Labs Florida further agrees that it will provide in the Action such discovery from DISMISSED WATSON ENTITTIES as agreed to by them in paragraph 2 above.

4. Plaintiffs hereby dismiss without prejudice Defendants Watson Pharmaceuticals, Inc., Watson Labs and Watson Pharma, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. The terms of this stipulation are made without prejudice to the respective positions of Plaintiffs and Defendants as to whether DISMISSED WATSON ENTITTIES are proper defendants in the Action. The terms of this stipulation also cannot be used by Plaintiffs or Defendants to argue for or against jurisdiction in the future, except as provided in paragraphs 1 and 3 above.

6. The parties further agree and stipulate that the case caption for the Action should be amended to remove DISMISSED WATSON ENTITTIES, as follows:

-3-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V., <br><br> Plaintiff <br><br> V. <br> WATSON LABORATORIES, INC. - FLORIDA, <br><br> Defendants. | Case No.: 11-cv-00481-RCJ-VPC |

7. None of the foregoing shall be interpreted to limit Plaintiff's rights to discovery of Watson Labs Florida.

Dated: September 20, 2011         JONES VARGAS

By: /s/ Molly M. Rezac           .
MOLLY MALONE REZAC
JUSTIN J. BUSTOS
300 East Second Street, SUITE 1510
Reno, NV 89501
Ph: (775) 786-5000
Fx: (775) 786-1177

*Of Counsel*:

James B. Monroe
Justin J. Hasford
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiff*

Dated:  September 20, 2011

WATSON ROUNDS

By: /s/ Michael D. Rounds                .
Michael D. Rounds
5371 Kietzke Lane
Reno, NV 89511
Ph:  (775) 324-4100
Fx:  (775) 333-8171

*Of Counsel*:

B. Jefferson Boggs
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402
(612) 332-5300

*Attorneys for Defendants*

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2011

-5-