**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FERRING B.V., | ) | 3:11-CV-0481-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 11, 2012 |
| | ) | |
| WATSON LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| AND RELATED CLAIMS | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    _____LISA MANN_____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING_____

COUNSEL FOR DEFENDANT(S): NONE APPEARING_____

**MINUTE ORDER IN CHAMBERS:**

The motions to seal (#s 230, 244, & 247) are **GRANTED**.  The following motions are currently filed under seal and shall remain under seal:

    #228   Defendants' withdrawn motion to compel
    #232   Defendants' motion to compel
    #245   Plaintiff's opposition to defendants' motion to compel
    #248   Defendants' reply in support of motion to compel

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk