# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V., | Case No.: 3:11-CV-00481-RCJ-VPC |
| Plaintiff, | Consolidated with Case Nos: |
| vs. | 3:11-CV-00485-RCJ-VPC |
| | 3:11-CV-00853-RCJ-VPC |
| WATSON LABORATORIES, INC. – FLORIDA, | 3:11-CV-00854-RCJ-VPC |
| | **MINUTE ORDER** |
| Defendant. | September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that the Motion to Seal Ferring B.V.'s Opening Markman Brief (ECF #203) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Seal Claim Construction Brief (ECF #218) is GRANTED.

IT IS FURTHER ORDERED that Motion to Seal Ferring B.V.'s Reply Markman Brief (ECF #225) is GRANTED.

**IT IS SO ORDERED** this 17th day of September, 2012.

ROBERT C. JONES
United States Chief District Judge