# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERRING B.V., | ) | |
|         Plaintiff, | ) | 3:11-cv-00481-RCJ-VPC |
| vs. | ) | |
| WATSON LABORATORIES, INC. - (FL) et al., | ) | **ORDER** |
|         Defendants. | ) | |
| FERRING B.V., | ) | |
|         Plaintiff, | ) | 3:11-cv-00485-RCJ-VPC |
| vs. | ) | |
| APOTEX, INC. et al., | ) | **ORDER** |
|         Defendants. | ) | |
| FERRING B.V., | ) | |
|         Plaintiff, | ) | 3:11-cv-00853-RCJ-VPC |
| vs. | ) | |
| WATSON PHARMACEUTICALS, INC. et al., | ) | **ORDER** |
|         Defendants. | ) | |
| FERRING B.V., | ) | |
|         Plaintiff, | ) | 3:11-cv-00854-RCJ-VPC |
| vs. | ) | |
| APOTEX, INC. et al., | ) | **ORDER** |
|         Defendants. | ) | |

These four consolidated cases arise out of Defendants' application with the Food and Drug Administration ("FDA") to manufacture and sell generic versions of a patented drug. Pending before the Court is a motion to seal. The Court recently adjudicated twenty-seven motions, including sixteen motions to seal. While the motions were under consideration, Plaintiff filed the present Motion to Seal (ECF No. 412) a pleading related to other motions then pending.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Seal (ECF No. 412) is GRANTED. The document requested to be sealed has already been filed under seal. No further action by the Clerk is required.

IT IS SO ORDERED.

Dated this 7th day of January, 2014.

_____
ROBERT C. JONES
United States District Judge