Michael D. Rounds
Nevada Bar No. 4734
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com

B. Jefferson Boggs (admitted pro hac vice)
Matthew L. Fedowitz (admitted pro hac vice)
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson (admitted pro hac vice)
Rachel C. Hughey (admitted pro hac vice)
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendant Watson Laboratories, Inc. – Florida*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERRING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC.-FLORIDA, APOTEX, INC., and APOTEX CORP.,<br><br>Defendants. | Case Nos.: 11-cv-00481-RCJ-VPC<br>Consolidated with:<br>11-cv-00485-RCJ-VPC<br>11-cv-00853-RCJ-VPC<br>11-cv-00854-RCJ-VPC<br>12-cv-01935-RCJ-VPC<br>12-cv-01941-RCJ-VPC<br><br>**WATSON LABORATORIES-FLORIDA, INC.'S SUPPLEMENT TO ITS COMBINED REPLY IN SUPPORT OF ITS MOTION TO RECONSIDER INJUNCTION AND MOTION TO STAY ENTRY OF INJUNCTION** |

Defendant Watson Laboratories, Inc. – Florida ("Watson") respectfully submits this supplement in support of its Motion to Stay Enforcement of Judgment and Injunction Pending Appeal (D.I. 463) and Motion to Reconsider the Court's Tentative Finding That an Injunction

Will Issue (D.I. 465).

The FDA has today approved Watson's supplemental change to its hardness specifications, to below 16.5 kp. Watson's tranexamic tablets will not infringe, even assuming the Court's tentative ruling concerning infringement under section 271(e) becomes final. In other words, there is nothing to enjoin moving forward.

In Watson's Motion To Reconsider Entry of Ferring's Requested Injunction (D.I. #465), Watson disclosed that it had followed the Court's directive and submitted a copy of its "Changes Being Effected (CBE-0) Supplement" as a supplement to its ANDA application relating to its approved tranexamic acid product. (D.I. 465 at 4.) That supplement was filed with the FDA on February 11, 2014. (*Id.*) This CBE-0 modified the ANDA hardness specification to require that Watson's core tablets be manufactured with a range of 13 to 16.5 kp, with a target kp of 15. (*Id.*) Watson's ANDA, as supplemented, does not permit Watson to manufacture a core tablet with a hardness above 16.5 kp. (*Id.*) Watson filed a copy of its submission as Exhibit B to its Request For Hearing And Oral Argument under Local Rule 78-2, filed on the same day. (D.I. 466.)

Today (March 3, 2014), Watson received a notification from the FDA that the "Changes Being Effected Supplement" that was filed by Watson with the FDA on February 11, 2014, **has been approved** by the FDA. (Sorenson Decl., Ex. 1.) The FDA identified Watson's supplemental filing as a "Supplemental Abbreviated New Drug Application (sANDA)." (*Id.*) The FDA noted that the CBE-0 was submitted under 505(j) of the Federal Food, Drug, and Cosmetic Act, and was approved by the FDA on February 21, 2014. (*Id.*) The FDA stated "[w]e have completed our review of this sANDA, and **it is approved**." (*Id.* (emphasis added).)

Watson contended at trial that there was no evidence that Watson manufactured even one of its commercial products with at a 17kp hardness level. (Watson Proposed Findings of Fact, ¶ 14.) Dr. Williams, Ferring's expert, testified that Watson's manufacturing records included a directive that "appears numerous times" that directed the operator of the relevant machine to "if

required adjust compression machine to maintain tablet hardness **below** 17 Kp." (*Id.* (emphasis added).) As currently supplemented and approved by the FDA, Watson's ANDA explicitly prohibits the manufacture of a hypothetical 17kp core commercial product (a product never made by Watson in any event), a change that was fully approved by the FDA.

This Court, during trial, tentatively found that the "four corners" of the Watson's ANDA consisted only of the originally filed ANDA, and any subsequent major amendments "approved by the FDA." (Final Trans. at 1656:22 – 1657:03.) The supplemental filing submitted by Watson was approved by the FDA and is without dispute part of its ANDA.

For the additional reasons stated herein, Watson's Motion to Reconsider the Court's Tentative Finding That an Injunction Will Issue (D.I. 465) should be granted, or (in the alternative) Watson's Motion to Stay Enforcement of Judgment and Injunction Pending Appeal (D.I. 463) should also be granted. There is simply nothing to enjoin—Watson is not permitted to manufacture any core tablet with a hardness at or above 16.5 kp under its currently approved ANDA application. As this Court counseled, Watson changed its ANDA to be noninfringing even under the Court's tentative ruling, and that change was approved by the FDA. There is no basis to issue any injunction in this case.

Dated: March 3, 2014

Respectfully submitted,

By: */s/ Christopher J. Sorenson*

Michael D. Rounds
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
(775) 324-4100

B. Jefferson Boggs (*Pro Hac Vice)*
Matthew L. Fedowitz (*Pro Hac Vice)*
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson (*Pro Hac Vice)*
Rachel C. Hughey (*Pro Hac Vice)*
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

*ATTORNEYS FOR DEFENDANT WATSON LABORATORIES, INC.-FLORIDA*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **WATSON LABORATORIES-FLORIDA, INC.'S SUPPLEMENT TO ITS COMBINED REPLY IN SUPPORT OF ITS MOTION TO RECONSIDER INJUNCTION AND MOTION TO STAY ENTRY OF INJUNCTION**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED March 3, 2014

/s/ *Jeff Tillison*
An Employee of Watson Rounds