Michael D. Rounds
Nevada Bar No. 4734
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com

B. Jefferson Boggs (admitted pro hac vice)
Matthew L. Fedowitz (admitted pro hac vice)
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson (admitted pro hac vice)
Rachel C. Hughey (admitted pro hac vice)
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendant Watson Laboratories, Inc. - Florida*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERRING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC.-FLORIDA, APOTEX, INC. and APOTEX CORP.,<br><br>Defendants. | Case Nos.: 11-cv-00481-RCJ-VPC<br>Consolidated with:<br>11-cv-00485-RCJ-VPC<br>11-cv-00853-RCJ-VPC<br>11-cv-00854-RCJ-VPC<br>12-cv-01935-RCJ-VPC<br>12-cv-01941-RCJ-VPC<br><br>**DECLARATION OF CHRISTOPHER J. SORENSON** |

I, Christopher J. Sorenson, do hereby declare and state:

1. I am an attorney at Merchant & Gould and am counsel of record for Defendant Watson Laboratories, Inc.-Florida in this action. This declaration is based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of letter notification from the FDA that the "Changes Being Effected Supplement" that was filed by Watson with the FDA on February 11, 2014, has been approved by the FDA, Bates stamped WAT0067232 to WAT0067234.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2014

By: *[/s/ Christopher J. Sorenson]*
Christopher J. Sorenson