GORDON SILVER
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
Email: mrezac@gordonsilver.com
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
100 W. Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

JAMES B. MONROE, ESQ. (*pro hac vice*)
PAUL W. BROWNING, ESQ. (*pro hac vice*)
JUSTIN J. HASFORD, ESQ. (*pro hac vice*)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiff Ferring B.V.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　Defendants. | Consolidated Case Nos:<br><br>3:11-cv-00481-RCJ-VPC<br>3:11-cv-00485-RCJ-VPC<br>3:11-cv-00854-RCJ-VPC<br>3:12-cv-01941-RCJ-VPC<br><br>**FERRING B.V.'S NOTICE OF APPEAL REGARDING FINDINGS AND JUDGMENT WITH RESPECT TO APOTEX INC. AND APOTEX CORP.** |

Notice is hereby given that Ferring B.V. ("Ferring") appeals to the United States Court of Appeals for the Federal Circuit from the Judgment (D.I. 518) issued by the United States District Court for the District of Nevada at Reno and entered on March 24, 2014. Ferring further appeals all findings of fact and conclusions of law, opinions, orders, and rulings subsumed therein and

///

Gordon Silver
Attorneys At Law
Suite 940
100 W. Liberty Street
Reno, NV 89501
(775) 343-7500

made prior to and after the foregoing final judgment.

DATED this 24th day of March, 2014.

        GORDON SILVER

By: /s/ Molly M. Rezac
GORDON SILVER
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
Email: mrezac@gordonsilver.com
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
100 W. Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

JAMES B. MONROE, ESQ. (*pro hac vice*)
PAUL W. BROWNING, ESQ. (*pro hac vice*)
JUSTIN J. HASFORD, ESQ. (*pro hac vice*)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiff Ferring B.V.*

Gordon Silver
Attorneys At Law
Suite 940
100 W. Liberty Street
Reno, NV 89501
(775) 343-7500

2

## CERTIFICATION OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), I served true copies of the foregoing **FERRING B.V.'S NOTICE OF APPEAL REGARDING FINDINGS AND JUDGMENT WITH RESPECT TO APOTEX INC. AND APOTEX CORP.** on the parties set forth below via email to the following:

| | |
|---|---|
| Kerry B. McTigue | kmctigue@cozen.com |
| Barry Golob | bgolob@cozen.com |
| W. Blake Coblentz | wcoblentz@cozen.com |
| Aaron S. Lukas | alukas@cozen.com |
| James W. Bradshaw | jbradshaw@mcdonaldcarano.com |
| Lisa M. Wiltshire | lwiltshire@mcdonaldcarano.com |

DATED this 24th day of March, 2014.

/s/ M'Chele LaBelle
An employee of GORDON SILVER

Gordon Silver
Attorneys At Law
Suite 940
100 W. Liberty Street
Reno, NV 89501
(775) 343-7500

3