Michael D. Rounds
Nevada Bar No. 4734
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com

B. Jefferson Boggs (admitted pro hac vice)
Matthew L. Fedowitz (admitted pro hac vice)
MERCHANT & GOULD PC
1701 Duke Street, Suite 310
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson (admitted pro hac vice)
Rachel C. Hughey (admitted pro hac vice)
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendant Watson Laboratories, Inc. – Florida*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERRING B.V.,<br><br>                    Plaintiff,<br><br>       v.<br><br>WATSON LABORATORIES, INC.-FLORIDA, APOTEX, INC., and APOTEX CORP.,<br><br>                    Defendants. | Consolidated Case Nos:<br>  3:11-cv-00481-RCJ-VPC<br>  3:11-cv-00485-RCJ-VPC<br>  3:11-cv-00853-RCJ-VPC<br>  3:11-cv-00854-RCJ-VPC<br>  3:12-cv-01935-RCJ-VPC<br>  3:12-cv-01941-RCJ-VPC<br><br>**WATSON'S NOTICE OF CROSS-APPEAL** |

Notice is hereby given that Defendant Watson Laboratories, Inc. – Florida ("Defendant Watson") appeals to the United States District Court of Appeals for the Federal Circuit from the April 14, 2014 Judgment (Docket No. 524) entering a resetting order injunction under section 271(e)(4)(A) and an injunction under sections 271(a) and 271(e)(4)(B) against Defendant Watson. Defendant Watson's appeal also necessarily includes all decisions and rulings that

1

underlie or are intertwined with these decisions or that otherwise affect the district court's rulings.

Dated: April 15, 2014                             Respectfully submitted,

By:  /s/ *Christopher J. Sorenson*
    Michael D. Rounds
    WATSON ROUNDS
    5371 Kietzke Lane
    Reno, NV 89511
    (775) 324-4100

    B. Jefferson Boggs (*Pro Hac Vice*)
    Matthew L. Fedowitz (*Pro Hac Vice*)
    MERCHANT & GOULD PC
    1701 Duke Street, Suite 310
    Alexandria, VA 22314
    (703) 684-2500

    Christopher J. Sorenson (*Pro Hac Vice*)
    Rachel C. Hughey (*Pro Hac Vice*)
    MERCHANT & GOULD PC
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    (612) 332-5300

    *ATTORNEYS FOR DEFENDANT WATSON LABORATORIES, INC.-FLORIDA*

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **WATSON'S NOTICE OF CROSS-APPEAL**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED April 15, 2014                   /s/ *Jeff Tillison*
                                       An Employee of Watson Rounds