NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FERRING B.V.,**
*Plaintiff-Appellee,*

**v.**

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellant,*

**AND**

**APOTEX, INC. AND APOTEX CORP.,**
*Defendants.*

---

2014-1416

---

Appeal from the United States District Court for the District of Nevada in Nos. 3:11-cv-00481-RCJ-VPC, 3:11-cv-00485-RCJ-VPC, 3:11-cv-00853-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, 3:12-cv-01953-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC, Judge Robert Clive Jones.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Watson Laboratories, Inc.-Florida submits a motion for a stay of the district court's injunction, pending disposition of this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Ferring B.V. is directed to respond no later than April 23, 2014. Any reply is due April 25, 2014.

(2) The injunction is temporarily stayed, pending receipt of the response and the court's consideration of the documents submitted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8