NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FERRING B.V.,**
*Plaintiff-Appellee,*

**v.**

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellant,*

**AND**

**APOTEX, INC. AND APOTEX CORP.,**
*Defendants.*

---

2014-1416

---

Appeal from the United States District Court for the District of Nevada in Nos. 3:11-cv-00481-RCJ-VPC, 3:11-cv-00485-RCJ-VPC, 3:11-cv-00853-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, 3:12-cv-01953-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC, Judge Robert Clive Jones.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Watson Laboratories, Inc.-Florida moves for a stay, pending appeal, of the district court's April 14, 2104 order and final judgment imposing an injunction and resetting the effective date of the U.S. Food and Drug Administration's approval for Watson to market its generic tranexamic acid product. Ferring B.V. opposes. Watson replies.

Rule 8(a)(1)(C)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant a stay pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for a stay is granted. The district court's April 14, 2014 order imposing an injunction and resetting FDA approval for Watson's generic tranexamic acid product is stayed pending disposition of the appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19