**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERRING B.V.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WATSON LABORATORIES, INC. - (FL) et al.,<br><br>　　　　　Defendants. | 3:11-cv-00481-RCJ-VPC<br><br>**ORDER** |
| FERRING B.V.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APOTEX, INC. et al.,<br><br>　　　　　Defendants. | 3:11-cv-00485-RCJ-VPC<br><br>**ORDER** |
| FERRING B.V.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WATSON PHARMACEUTICALS, INC. et al.,<br><br>　　　　　Defendants. | 3:11-cv-00853-RCJ-VPC<br><br>**ORDER** |
| FERRING B.V.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APOTEX, INC. et al.,<br><br>　　　　　Defendants. | 3:11-cv-00854-RCJ-VPC<br><br>**ORDER** |

1   These four consolidated cases arise out of Defendants' application with the Food and
2   Drug Administration ("FDA") to manufacture and sell generic versions of a patented drug.
3   Pending before the Court is a Motion for All Sealed Documents Associated with the Judgment
4   Against Watson Laboratories, Inc. - Florida. (ECF No. 534).  In the motion, Plaintiff requests
5   that the Court email further written findings and conclusions to the parties, as well as any sealed
6   documents related thereto.  But as Watson correctly points out in response, the Court entered its
7   detailed oral findings after trial and indicated that they control.  The Court solicited separate
8   proposed judgments from the parties (after trial and several follow-on hearings) as to Watson
9   Defendants and Apotex Defendants, and the Court has entered those judgments.  The aggrieved
10  parties in each case have filed notices of appeal, and the Court of Appeals has docketed those
11  appeals.  The Court has no jurisdiction to enter further findings or conclusions.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for All Sealed Documents Associated with the Judgment Against Watson Laboratories, Inc. - Florida. (ECF No. 534) is DENIED.

IT IS SO ORDERED.

Dated this 27th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge